ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                        )
Doubleshot, Inc.                                        )   ASBCA No. 61691
                                                        )
Under Contract No. N6835-06-C-0416                      )

APPEARANCE FOR THE APPELLANT:          Mr. Alan Shulman
                                         Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:        Samuel W. Morris, Esq.
                                         DCMA Chief Trial Attorney
                                       Srikanti Schaffner, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Carson, CA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: November 15, 2023

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61691, Appeal of Doubleshot, Inc., rendered in conformance with the Board's Charter.

Dated: November 15, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals